IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.A., a minor, by and through his Guardian Ad Litem, LATASHA ADAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FAIRFIELD-SUISUN UNIFIED SCHOOL DISTRICT and VACAVILLE UNIFIED SCHOOL DISTRICT, Local Educational Agencies; and CALIFORNIA DEPARTMENT OF EDUCATION, a State Educational Agency,<br><br>　　　　Defendants. | 2:11-cv-01174-GEB-KJN<br><br>ORDER |

　　　　Plaintiff filed a "Motion to Proceed in Forma Pauperis" on April 29, 2011, in which he seeks approval from the Court to proceed in this case in forma pauperis. (ECF No. 3.) Plaintiff's Motion to proceed in forma pauperis is approved.

Dated:  May 6, 2011

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　United States District Judge

1