1

2

3

4                      IN THE UNITED STATES DISTRICT COURT

5                  FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7  D.A., a minor, by and through      )
   his Guardian ad Litem, LATASHA     )    2:11-cv-01174-GEB-KJN
8  ADAMS,                             )
                                      )
9              Plaintiff,             )    ORDER CONTINUING STATUS
                                      )    (PRETRIAL SCHEDULING)
10         v.                         )    CONFERENCE
                                      )
11 FAIRFIELD-SUISUN UNIFIED SCHOOL    )
   DISTRICT, and VACAVILLE UNIFIED    )
12 SCHOOL DISTRICT, Local             )
   Educational Agencies;             )
13 and CALIFORNIA DEPARTMENT OF       )
   EDUCATION, a State Educational     )
14 Agency,                            )
                                      )
15             Defendants.            )
   _____   )

16

17         The Status (Pretrial Scheduling) Conference scheduled for

18  hearing on March 26, 2012, is continued to commence at 9:00 a.m. on

19  April 23, 2012. A further joint status report shall be filed no later

20  than fourteen (14) days prior to the Status Conference, in which the

21  parties shall address the subjects referenced in Local Rule 240 as well

22  as the following:

23         1)   A proposed date by which the administrative record on

24  Plaintiff's first claim will be lodged with the Court in accordance with

25  Local Rule 138(b);

26         2)   A proposed briefing schedule regarding Plaintiff's

27  arguments that Plaintiff is entitled to conduct discovery and augment

28  the administrative record concerning the first claim; and

                                      1

1          3)    Proposed case scheduling concerning Plaintiff's second

2  and third claims.

3          IT IS SO ORDERED.

4  Dated:  March 16, 2012

5

6  _____
   GARLAND E. BURRELL, JR.

7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28