IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.A., a minor, by and through his Guardian ad Litem, LATASHA ADAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>FAIRFIELD-SUISUN UNIFIED SCHOOL DISTRICT, and VACAVILLE UNIFIED SCHOOL DISTRICT, Local Educational Agencies; and CALIFORNIA DEPARTMENT OF EDUCATION, a State Educational Agency,<br><br>        Defendants. | 2:11-cv-01174-GEB-KJN<br><br><u>ORDER CONTINUING STATUS</u><br><u>(PRETRIAL SCHEDULING)</u><br><u>CONFERENCE</u> |

        The Status (Pretrial Scheduling) Conference scheduled for hearing on March 26, 2012, is continued to commence at 9:00 a.m. on April 23, 2012. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which the parties shall address the subjects referenced in Local Rule 240 as well as the following:

        1)   A proposed date by which the administrative record on Plaintiff's first claim will be lodged with the Court in accordance with Local Rule 138(b);

        2)   A proposed briefing schedule regarding Plaintiff's arguments that Plaintiff is entitled to conduct discovery and augment the administrative record concerning the first claim; and

1

1      3)   Proposed case scheduling concerning Plaintiff's second
2 and third claims.
3      IT IS SO ORDERED.
4 Dated:  March 16, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28