IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.A., a minor, by and through his Guardian ad Litem, LATASHA ADAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>FAIRFIELD-SUISUN UNIFIED SCHOOL DISTRICT, and VACAVILLE UNIFIED SCHOOL DISTRICT, Local Educational Agencies;<br><br>        Defendants. | 2:11-cv-01174-GEB-KJN<br><br>ORDER |

The status (pretrial scheduling) conference scheduled for June 11, 2012, is vacated since the parties' Joint Status Report filed on May 29, 2012 ("JSR"), indicates that the following Order should issue.

### SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

No further service, joinder of parties or amendments to pleadings is permitted, except with leave of Court for good cause shown.

### FILING OF ADMINISTRATIVE RECORD

Plaintiff states in the JSR that she will lodge the administrative record with the Court by June 30, 2012. (JSR 6:27-7:1.) Therefore, Plaintiff shall lodge the administrative record in accordance with Local Rule 138(b) on or before June 30, 2012.

### MOTION HEARING SCHEDULE

The parties state in the JSR as follows:

1

> Plaintiff anticipates conducting some limited discovery . . . as there was no right to discovery in the underlying due process administrative hearing. Plaintiff will seek the production of documents and information regarding D.A.'s education. . . . Plaintiff intends to request production of documents and to propound interrogatories and requests for admission. Defendants . . . submit that the [remaining] cause of action . . . (the first cause of action) must be decided on the underlying administrative record. Accordingly, [Defendants] will oppose any efforts by Plaintiff to undertake discovery or augment the administrative record.
>
> . . . . [T]he parties propose the following briefing schedule regarding Plaintiff's issue that Plaintiff is entitled to conduct discovery and to augment the administrative record:
>
> Plaintiff's Motion for Discovery
>     and to Augment the
>     Administrative Record    June 30, 2012
>
> Defendant's Opposition to
>     Plaintiff's Motion       July 28, 2012

(JSR 2:20-3:21.)

The parties' proposed briefing schedule is adopted. The referenced motions shall be noticed for hearing on August 27, 2012, commencing at 9:00 a.m.

## FURTHER STATUS CONFERENCE

A status conference is scheduled to commence at 9:00 a.m. on October 15, 2012. A JSR shall be filed fourteen (14) days before the status conference, in which the parties shall address all pertinent subjects set forth in Local Rule 240(a).

IT IS SO ORDERED

Dated:  June 5, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2