IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
D.A., a minor, by and through    )
his Guardian Ad Litem, LATASHA   )   2:11-cv-01174-GEB-KJN
ADAMS, an individual,            )
                                 )
                Plaintiff,       )   STATUS (PRETRIAL SCHEDULING)
                                 )   ORDER
          v.                     )
                                 )
FAIRFIELD-SUISUN UNIFIED SCHOOL  )
DISTRICT and VACAVILLE UNIFIED   )
SCHOOL DISTRICT, Local           )
Educational Agencies,            )
                                 )
                                 )
                Defendants.      )
_____ )
```

The status (pretrial scheduling) conference scheduled for October 15, 2012, is vacated since the parties' Fourth Amended Joint Status Report filed October 1, 2012 ("JSR"), indicates that the following Order should issue.

MOTION HEARING SCHEDULE

The parties state in the JSR concerning the scheduling of future proceedings as follows: "The cause of action involves a de novo review by the Court of an administrative hearing. Plaintiff and Defendants believe that the de novo review and trial may be conducted through briefing by the parties and, following the Court's review of the administrative record, a hearing/trial." (JSR 2:25-3:2.) The parties' proposed briefing and hearing schedule is adopted, as modified, as follows:

1

Plaintiff's Opening Brief shall be filed on or before January 18, 2013;

Defendants' Opposition Brief shall be filed on or before February 15, 2013; and

The hearing shall be noticed for March 18, 2013, at 10:00 a.m.

<u>FURTHER STATUS CONFERENCE</u>

In the event the referenced briefing does not dispose of the case in its entirety, a further status conference is scheduled to commence at 9:00 a.m. on June 10, 2013.  A further joint status report shall be filed fourteen (14) days before the status conference, in which the parties shall address all pertinent subjects set forth in Local Rule 240(a).

IT IS SO ORDERED.

Dated:  October 10, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge