TANIA L. WHITELEATHER, State Bar No. 141227
Law Offices of Tania L. Whiteleather
5445 E. Del Amo Blvd. Ste 207
Lakewood, CA 90712
Telephone (562) 866-8755   Facsimile (562) 866-6875
tlwhiteleather@juno.com

Attorney for Student D.A.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.A., a minor, by and through his Guardian Ad Litem, LATASHA ADAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FAIRFIELD-SUISUN UNIFIED SCHOOL DISTRICT and VACAVILLE UNIFIED SCHOOL DISTRICT, Local Educational Agencies,<br><br>　　　　Defendants. | CASE NO. 2:11-CV-01174 GEB-KJN<br><br>(PROPOSED) ORDER CONTINUING TIME THE DATES FOR FILING BRIEFS AND CONTINUING THE TRIAL DATE |

　　The Court, having reviewed Defendant's Ex Parte Application to Court for an Order for Continuance of Dates for Filing Briefs and for Continuance of Trial, and finding Good Cause, hereby Orders that Plaintiff's Opening Brief shall be filed March 1, 2013; Defendant's Opposition Brief shall be filed by March 29

/////
/////
/////
/////

1

1 | 2013, and hearing/trial in this matter shall be held May 6,
2 | 2013, at 10:00 a.m.
3 | Dated: 1/23/13

_____
UNITED STATES DISTRICT COURT JUDGE